# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES BONTY, | CASE NO. 1:CV-06-0129 OWW DLB-P |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT |
| v. | (Doc. 11) |
| J. ESCUTIA, et. al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se. Plaintiff has filed an application to proceed in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 6, 2006, plaintiff filed a motion for leave to amend the complaint.

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. Pro. 15(a). In this case, a responsive pleading has not been served. Therefore, plaintiff may file an amended complaint without leave of the court. Plaintiff's motion is therefore granted.

IT IS SO ORDERED.

Dated: June 12, 2006                    /s/ Dennis L. Beck
3c0hj8                                  UNITED STATES MAGISTRATE JUDGE

1