# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES O. BONTY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R. INDERMILL, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. CV-F-06-0129 OWW DLB P<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On September 18, 2007, the Court issued Findings and Recommendations recommending that this action be dismissed based on plaintiff's failure to file an amended complaint as directed on July 19, 2007. On October 22, 2007, plaintiff filed objections to the recommendation clarifying that he was requesting that his amended complaint filed June 23, 2006 be considered.

　　　Accordingly, the Findings and Recommendations issued September 29, 2007 are HEREBY VACATED.  The Court will proceed to screen the amended complaint as requested by plaintiff.

　　IT IS SO ORDERED.

　　**Dated:　November 30, 2007**　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1